1 ANDREA ROSA, STATE BAR # 122658
THE ROSA LAW GROUP
2 980 9th Street, STE. 1600
Sacramento, CA 95814
3 Telephone: 916-449-9681
Facsimile:  916-449-9682
4
Attorney for Plaintiff
5
LARRY M. KAZANJIAN, Bar No., 071441
6 HEATHER S. CANDY, Bar No. 205900
PALMER, KAZANJIAN, WOHL, PERKINS, LLP
7 520 Capitol Mall, Suite 600
Sacramento, CA 95814
8 Telephone:  916-442-3552
Facsimile:   916-442-3606
9
Attorney for Defendant
10 A. TEICHERT & SONS, INC.

11                    UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14 DANIEL A. GRIGGS,                )  Case No.: 2:07-CV-01117-LEW-KJM
                                    )
15        Plaintiff,                )  ORDER FOR CONTINUANCE OF
                                    )  SCHEDULING CONFERENCE
16    vs.                           )
                                    )
17                                  )  Date: September 21, 2007
                                    )  Time: 11:00 am
18 TEICHERT CONSTRUCTION, INC.;     )  Judge: LEW
   A. TEICHERT & SON, INC., and DOES 1)
19 through 20, inclusive,           )  Complaint filed: May 2, 2007
                                    )
20        Defendants.               )
                                    )
21

22
        Upon consideration of the joint stipulation and there being no opposition, IT IS
23
HEREBY ORDERED that the scheduling conference of September 21, 2007 in the above-
24

25

1  captioned case is continued and a new scheduling conference date is set for October 12,
2  2007 at 10:00 am.

4  Dated: September 7, 2007

*Ronald S W Lew*
_____
Honorable Ronald S. W. Lew
Senior, U.S. District Court Judge