UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. GRIGGS, | Case No. 2:07-CV-01117 JAM-KJM |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| TEICHERT CONSTRUCTION, INC.; A. TEICHERT & SON, INC., and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Daniel A. Griggs ("Griggs") filed this action against Defendants Teichert Construction, Inc. and A. Teichert & Son, Inc. (collectively "Defendants) alleging six causes of action arising from the termination of his employment with Defendants. Defendants now move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.[1]  Griggs failed to submit a Memorandum of Points and Authorities or a Statement of Undisputed Facts in Opposition to Defendants' Motion for Summary Judgment. Instead Griggs filed his own Declaration in Opposition to

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs.  E.D. Cal. L.R. 78-230(h).

1

1  Defendants' Motion for Summary Judgment (Docket at 34) and a
2  Declaration by his attorney, Andrea Rosa "In Support of Request for
3  Denial or Continuance of Summary Judgment, In the Alternative,
4  Summary Adjudication Under FRCP 56(F) Or In the Alternative to
5  Request Extension of Time to File Opposition Under FRCP 6(B)."
6  (Docket at 33.)
7       No other documents in opposition to Defendants' Motion for
8  Summary Judgment were filed by Griggs.
9       Griggs has failed to put forth any credible evidence to
10 support his contention that summary judgment should be denied.
11 Because Griggs has failed to put forth <u>any</u> admissible evidence that
12 controverts Defendants' evidence submitted on behalf of their
13 Motion for Summary Judgment[2] and has failed to present a true and
14 good faith basis to extend the time to file an opposition under
15 Rule 6(B) of the Federal Rules of Civil Procedure,[3] Defendants'
16 motion for summary judgment as to all of Griggs' causes of action
17 is GRANTED.
18      As to Griggs' First Cause of Action for Race Discrimination in
19 Violation of Government Code § 12940, summary judgment is granted
20 because a legitimate layoff does not constitute discrimination;
21 Plaintiff cannot set forth a *prima facie* case of race
22 discrimination; and Defendants had a legitimate business reason for

---

[2] Defendants' Objections to the October 22, 2008 Declaration of Daniel A. Griggs in connection with the motion for summary judgment herein are granted.

[3] Ms. Rosa's Declaration fails to meet the standards required to allow for additional discovery. She has not provided any "good cause" as to why she did not know of the existence of this alleged "new" evidence sooner since her client was aware of this "new witness" in 2005. She could have obtained evidence from this witness by way of a declaration, thereby negating the alleged need for a deposition. Finally, her explanation as to how this information might defeat summary judgment is without merit.

2

1  Plaintiff's layoff.
2       As to Griggs' Second Cause of Action for Defamation, summary
3  judgment is granted because statements made in the course of a
4  judicial proceeding are absolutely privileged and all statements
5  Plaintiff alleges were defamatory were made in the course of a
6  judicial proceeding.
7       As to Griggs' Third Cause of Action for Retaliation under
8  Government Code § 12940(h), summary judgment is granted because
9  Plaintiff cannot set forth a *prima facie* case of retaliation and
10 Defendants' actions were at all times based on legitimate business
11 reasons and not for any unlawful purpose.
12      As to Griggs' Fourth Cause of Action for Constructive
13 Discharge, summary judgment is granted because Plaintiff's
14 assignment to another job site did not create conditions so
15 intolerable that a reasonable person would have to resign and there
16 is no nexus between his reassignment and his resignation.
17      As to Griggs' Fifth Cause of Action for Breach of Contract,
18 summary judgment is granted because Plaintiff's state contract
19 claims are preempted by *San Diego Bldg. Trades Council, Millmen's*
20 *Union, Local 2020 v. Garmon* (1959) 359 U.S. 236; his claims are
21 untimely under the six month federal statute of limitations under
22 29 U.S.C. § 160(b) of the National Labor Relations Act ("NLRA")
23 because the final decision on Plaintiff's grievance was made on
24 October 12, 2005 and he filed his Complaint on May 2, 2007; and,
25 assuming <u>arguendo</u> that this cause of action is not preempted or
26 untimely, it still fails because Plaintiff voluntarily resigned
27 because he did not like his reassignment to another job site.
28      As to Griggs' Sixth Cause of Action for Bad Faith, summary

3

1 judgment is granted because this cause of action is duplicative of
2 his Fifth Cause of Action; Plaintiff's state contract claims are
3 preempted by *San Diego Bldg. Trades Council, Millmen's Union, Local*
4 *2020 v. Garmon* (1959) 359 U.S. 236; his claims are untimely under
5 the six month federal statute of limitations under 29 U.S.C.
6 § 160(b) of the National Labor Relations Act ("NLRA") because the
7 final decision on Plaintiff's grievance was made on October 12,
8 2005 and he filed his Complaint on May 2, 2007; and, assuming
9 arguendo that this cause of action is not preempted or untimely, it
10 still fails because Plaintiff voluntarily resigned because he did
11 not like his reassignment to another job site.
12      For all the foregoing reasons, Defendants' Motion for Summary
13 Judgment is GRANTED.  Defendants' request for sanctions against
14 Griggs and/or his attorney is DENIED.
15      IT IS SO ORDERED.
16 Dated: December 1, 2008.

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE